UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80939-CIV-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK WILLIAMS, III,

    Defendant.
_____/

## ORDER DISMISSING COMPLAINT AND CLOSING CASE

**THIS CAUSE** is before the court *sua sponte* upon review of the case file. On November 2, 2007, the court directed the plaintiff to perfect service upon the defendant within sixty-five days, and directed the parties to file a joint pretrial stipulation within 120 days [DE # 3]. To date, neither party has complied with the court's order. The court's prior order was explicit that failure to respond to the show cause order would result in dismissal of the case without further notice.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED**.

2. The Clerk of the Court is directed to **CLOSE** this case and to **DENY** all motions not otherwise ruled upon as moot.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of May, 2008.

                                                 Daniel T. K. Hurley
                                               United States District Judge

*Copies furnished to counsel of record*